UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANDRA K. LISTEBARGER,<br><br>    Plaintiff,<br><br>v.<br><br>FMA ALLIANCE, LTD,<br><br>    Defendant. | CASE NO: 4:22-cv-03111 |

**PROPOSED ORDER**

This cause coming before the Court on Plaintiff's Motion to Extend Time to File Joint Case Management Plan, the Court being fully advised in the premises and having jurisdiction over the subject matter, **IT IS HEREBY ORDERED**:

1.   The deadline for the parties to file their Case Management Plan is extended.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE